UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                          Case No. 14–10052
                                                               Chapter 13

Georgie Flowers

      Debtor

**Amended ORDER CONFIRMING PLAN**

The debtor's plan was filed on January 9, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

    Done this 30th day of April, 2014.

                                                                                    /s/ Honorable William R. Sawyer
                                                                                     United States Bankruptcy Judge